# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARBARA J. CHAMPAGNE** f/k/a **BARBARA J. ROMANOW,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,**
Appellee.

No. 4D16-2172

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 2012CA018559XXXXMB.

Kendrick Almaguer and Arthur E. Alves, II, of The Ticktin Law Group, PLLC, Deerfield Beach, for appellant.

Marjorie H. Levine of Clarfield, Okon & Salomone, P.L., West Palm Beach, and Jacqueline J. Brown of McCabe, Weisberg & Conway, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***